JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT MENA,

Plaintiff,

vs.

MODERN DEVELOPMENT COMPANY A LIMITED PARTNERSHIP; and DOES 1 to 10,

Defendants.

**Case No.: 8:26-cv-01626-MRA-SKx**
Assigned to Judge Monica Ramirez Almadani

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE [17]**

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.

DATED: October 7, 2026

Hon. Mónica Ramírez Almadani
United States District Judge